IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| STEVEN C. DERK, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-00657-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| SUPER. MICHAEL J. ZAKEN, SCI-GREENE; DEP. SUPER. STEPHEN BUZAS, SCI-GREENE; CO.1 D.N. HYDE, SCI GREENE; SGT./LT. LARRY BOWLIN, SCI GREENE; U.M. STEVEN LONGSTRETH, SCI GREENE;  CPT. HITMYER,  CPT. MORRIS,  SGT. MICHELUCCI, CO.1  HONSAKER, (HEARING EX. ESCORT) - SCI GRN; CO.1  GORDON, (HEARING EX. ESCORT) - SCI GRN; B. RUDNIEZSKI, PA D.O.C. HEARING EX - SCI GRN;  U.M. MALANOSKI, ZACHARY J. MOSLAK, PA D.O.C. CHIEF HEARING EX.; AND MAJOR MARTIN SWITZER, | ) | |
| Defendants, | ) | |

**ORDER**

AND NOW, this 21st day of December, 2022,

IT IS HEREBY ORDERED that Defendants' motion to dismiss (ECF No. 88) is GRANTED in its entirety and Plaintiff's Third Amended Complaint is dismissed with prejudice.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge

cc:   Steven Derk
      CE-3076
      SCI Forest
      P.O. Box 945

1

286 Woodland Drive
Marienville, PA 16239

all counsel of record *via CM/ECF electronic filing*